William J. Mason, Columbus, GA, for Defendant–Appellant.

William J. Mason, Columbus, GA, for Plaintiff–Appellee.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

William J. Mason, appointed counsel for Cedric Williams in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Williams's conviction and sentence are **AFFIRMED.**

**CHICK–FIL–A, INC., Plaintiff–Counter Defendant–Appellee,**

v.

**CFT DEVELOPMENT, LLC, Panda Restaurant Group, Inc., Panda Express, Inc., Defendants–Counter Claimants–Appellants.**

No. 09–15066
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 19, 2010.

Matthew J. Calvert, Kelly E. Campanella, Hunton & Williams, Atlanta, GA, for Plaintiff–Counter Defendant–Appellee.

John A. Schifino, John Joseph Agliano, Williams Schifino Mangione & Steady, P.A., Tampa, FL, for Defendants–Counter Claimants–Appellants.

BEFORE: TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

This is an appeal from the grant by the district court of a declaratory judgment and permanent injunction in favor of Chick–fil–A, Inc. (Chick–fil–A) against CFT Developments, LLC, Panda Restaurant Group, Inc. and Panda Express, Inc. (collectively, Panda Express). After discovery and a four-day bench trial, the district court enforced a valid restrictive covenant precluding Panda Express from constructing, leasing or operating a restaurant on property adjoining Chick–fil–A in Mount Dora, Florida. It permanently enjoined Panda Express from operating a restaurant on that property.

We have thoroughly reviewed the record in this case, the briefs, the arguments of counsel presented, and the well-reasoned findings of fact and conclusions of law made by the district court. Finding no error, the judgment of the district court is affirmed.

AFFIRMED.